UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

OSCAR JIMENEZ-JIMENEZ,

Defendant.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(False Claim of Lawful Permanent Resident Status)**

On or about September 28, 2020, in St. Joseph County, in the Southern Division of the Western District of Michigan,

OSCAR JIMENEZ-JIMENEZ,

under penalty of perjury, knowingly subscribed as true a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, in that he then and there falsely attested in an Employment Eligibility Verification form (Form I-9) submitted to Riedstra Dairy, Ltd., that he was lawful permanent resident of the United States and provided an alien registration number not assigned to him.

18 U.S.C. § 1546(a)
8 U.S.C. § 1324a(b)(2)

**<u>COUNT 2</u>**
**(Misuse of a Social Security Account Number)**

On or about September 28, 2020, in St. Joseph County, in the Southern Division of the Western District of Michigan,

OSCAR JIMENEZ-JIMENEZ,

with intent to deceive for the purpose of obtaining employment, falsely represented a social security account number that had not been assigned to him by the Commissioner of Social Security, in that he then and there submitted and used a social security account number not assigned to him on an Employment Eligibility Verification form (Form I-9) and a federal Employee's Withholding Allowance Certificate (Form W-4).

42 U.S.C. § 408(a)(7)(B)

A TRUE BILL

[ /s/ Redacted ]
______________________________
GRAND JURY FOREPERSON

ALEXIS M. SANFORD
Acting United States Attorney

Donald Daniels
______________________________
DONALD DANIELS
Assistant United States Attorney